■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIN O'ROURKE, Appellant. [935 NYS2d 512]

Regardless of whether defendant validly waived his right to appeal, his claim that the court should have imposed a lesser sentence is devoid of merit and we decline to reduce his sentence in the interest of justice. Under the terms of the DTAP agreement, defendant's inadequate compliance exposed him to an even longer sentence than the court actually imposed. Concur—Gonzalez, P.J., Andrias, DeGrasse, Richter and Abdus-Salaam, JJ.